# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BERNARDO ACOSTA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICKS MOBILE HOMES, ) <br> ) <br> Defendant. ) | Case No. CV411-170 |

## ORDER

Presently pending before the Court are defendant's motions to dismiss plaintiff's complaint and to compel discovery. (Doc. 9 & 10.) The motions were filed on October 27, 2011, and a notice was sent to plaintiff's address. (*Id.*) According to the Court's Local Rules, responses to such motions should be filed within fourteen days of service. S.D. Ga. LR 7.5. Hence, plaintiff has not responded to the motions in a timely manner. It is unclear whether he has abandoned his case or simply desires to stand upon his complaint. Accordingly, plaintiff is hereby **DIRECTED** to inform the Court of his intentions within 14 days of the date of this Order. Should he fail to respond, the Court will

presume that he has abandoned his claim and will recommend that the case be dismissed.

**SO ORDERED** this  22nd  day of November, 2011.

```
_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
```