# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BERNARDO ACOSTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV411-170 |
| | ) | |
| VICKS MOBILE HOMES, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 22, 2011, the Court instructed plaintiff Bernardo Acosta to inform it within 14 days whether he was still actively prosecuting this case. (Doc. 11.) The Court indicated that, absent a response, it would presume that the case had been abandoned and would recommend that the case be dismissed. (*Id.*) Acosta did not respond to the Court's order. Accordingly, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  12th  day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA